```
MINUTE ENTRY   CR-03-00018         November 1, 2004         9:00 a.m.


UNITED STATES OF AMERICA -v- ZHU, LIAN KUN

PRESENT: Hon. Alex R. Munson, Chief Judge
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Clerk of Court
   Patrick Smith, Assistant U. S. Attorney
   F. Matthew Smith, Court appointed attorney for Defendant
   Zhu, Lian Kun, Defendant


PROCEEDINGS: JURY TRIAL - Day One

 Government by Patrick Smith, AUSA.  Defendant was present with F. Matthew Smith,
Court appointed counsel.  Defendants' Interpreter/Translator, Norman Xing was
present.  Also present was Ray Renguul.  39 prospective jurors were present.

 Counsel requested to meet with the Court outside the presence of the jurors.

 Court announced to the prospective jurors that an unexpected problem had arisen and
apologized for the inconvenience, however, at this time the trial would be need to
be continued until 1:00 p.m. Court recessed 39 prospective jurors until 1:00 p.m.

 Court recessed at 9:15 a.m. so that the counsel and interpreter could meet and
confer.

 Court reconvened at 1:00 p.m. with all parties and 41 prospective jurors present.
Linda Liu was present as interpreter and was sworn. At this time the Court informed
the jurors that a jury would be selected for this trial today, but, the actual trial
will not begin until December 6, 2004 at 9:00 a.m.  Court inquired as to whether
this would be a problem for anyone to begin the trial on December 6, 2004.
Potential Juror, Roland Jastillano stated that he would be off-island for a
scheduled medical check-up.  Court excused this juror.

 Court began voir dire.  At 2:50 p.m. court recessed for afternoon break and
reconvened at 3:07 p.m.

 At 4:00 p.m. the following jurors and alternates were seated: 1)SANTOS, PAUL; 2)
CHONG, JACQUELINE; 3) DELEON GUERRERO, JOSE; 4) HUNTER, TAMARA; 5) TAITANO, JOHN;
6) REYES, NICK; 7) REYES, MARGARITA; 8) MATHEWSON, WILLIAM; 9) LANIYO, ALEXANDER;
 10) REYES, EDWARD; 11) SANTOS, MANUEL;  12) OLAITIMAN, WILLIAM ; Alternate #1)
ADRIATICO, MERCEDES; Alternate #2) TEDTAOTAO, ERNIE; Alterntate #3) QUITUGUA,
CHRISTINE; Alternate #4) QUITUGUA, JACOB.

 All other potential jurors were thanked and excused.

 Jurors were sworn and given short instructions.  Jurors were excused at 4:15 p.m.
and were ordered to return to the Court at 9:00 a.m. on December 6, 2004 to begin
this trial.

 Counsel discussed matters on witnesses.
```

Court adjourned at 4:20 p.m.

; [KLL EOD 11/01/2004]