MINUTE ENTRY  9:00 a.m.

UNITED STATES OF AMERICA -v- ZHU, LIAN KUN

PRESENT: Hon. Alex R. Munson, Chief Judge
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Clerk of Court
  Patrick Smith, Assistant U. S. Attorney
  F. Matthew Smith, Court appointed attorney for Defendant
  Zhu, Lian Kun, Defendant

PROCEEDINGS: JURY TRIAL - Day Two

 Government by Patrick Smith, AUSA.  Defendant was present with F. Matthew Smith, Court appointed counsel.  Defendants' Interpreter/Translator, Jean Shi was present. Also present was Ray Renguul.  12 regular jurors and 2 alternate jurors were present.

 Government called witness:

 CATHERINE CHANG-SANDERS. (Translator/Interpreter) DX. Government offered Ex. 4T, 5T, 7T, 9T and 10T into evidence; over objection, Court ordered them admitted conditionally. CX.  Defense moved to admit Ex. "M" into evidence. Government objected.  Defense argued for the admission with parts of the exhibit redacted. Court denied the admission of Ex."M".  RDX.
Witness was excused at 9:50 a.m.

 Government moved to show the video tape of the interview of witness.  Court so ordered.

 CLAY PHELAN (video of his interview was played in the courtroom).  Government offered Ex. 1A into evidence; there being no objection, Court so ordered. Government offered Ex. 2A into evidence; there being no objection, Court so ordered.
  Government offered Ex. 3A into evidence; there being no objection, Court so ordered.  Government re-offered Ex. 1,2, and 3 into evidence, over objection, Court so ordered.

 Court recessed at 10:30 a.m. and reconvened at 11:00 a.m.

 Government called witness:

 Yu Mei Rabauliman was sworn as Interpreter/translator of the Mandarin language.

 JIANG LI XIA.  (Cooperating witness). DX.  Government offered Ex. 4 and Ex. 4T into evidence; over objection, Court so ordered. Government offered Ex. 5 and Ex. 5T into evidence; over objection, Court so ordered.

 Court recessed the jurors for lunch break at 12:00 noon and ordered that they be back at  1:30 p.m.

 Outside the presence of the jurors, Counsel discussed admission of certain documents and agreements.

Court recessed at 12:01 p.m. and reconvened at 1:35 p.m.

Government continued with the DX of witness Jiang Li Xia.

Government offered Ex. 7 and Ex. 7T into evidence; over objection, Court so ordered.

Government offered Ex. 9 and Ex. 9T into evidence; over objection, Court so ordered.

Government offered Ex. 10 and Ex. 10T into evidence; over objection, Court so ordered.

Government offered Ex. 12 and Ex. 12T into evidence; over objection, Court so ordered.

Court recessed at 3:30 p.m. for afternoon break and reconvened at 3:50 p.m.

Government continued with DX of witness Jiang Li Xia.  Defense began CX of witness Jiang Li Xia at 3:05 p.m.

Court recessed the jurors for the evening at 4:30 p.m. and ordered that they return at 9:00 a.m. tomorrow morning.

Court and counsel discussed witnesses that will appearing tomorrow; jury instructions and the progress of the trial.

Adjourned at 4:50 p.m.

;   [KLL EOD 12/07/2004]