MINUTE ENTRY         December 8, 2004         9:15 a.m.

UNITED STATES OF AMERICA -v- ZHU, LIAN KUN

PRESENT: Hon. Alex R. Munson, Chief Judge
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Clerk of Court
  Patrick Smith, Assistant U. S. Attorney
  F. Matthew Smith, Court appointed attorney for Defendant
  Zhu, Lian Kun, Defendant

PROCEEDINGS: JURY TRIAL - Day Four (Wednesday)

 Government by Patrick Smith, AUSA.  Defendant was present with F. Matthew Smith, Court appointed counsel.  Defendants' Interpreter/Translator, Jean Shi was present.  Also present was Ray Renguul and Government interpreter/translator, Yu Mei Xie (Rabauliman).  11 regular jurors and 2 alternate jurors were present.

 Court announced that juror # 12 had been excused and that alternate juror #3 would replace him as a regular juror.

 Defense continued with CX of witness Jiang Li Xia.  Defense moved to admit a redacted version of  Ex. "M" into evidence. there being no objection, Court so ordered.  Government began RDX at 10:20 a.m.  Government moved to admit Ex. 3503A into evidence; over objection, Court so ordered.

 Court recessed at 10:40 a.m. for morning and reconvened at 11:00 a.m.

 Government called witness:

 DANNY PUNIMATA. (DEA Task Force Officer). DX. CX. Witness was excused at 11:12 a. m.

 Government rested their case at 11:12 a.m.


 Court recessed the jurors for lunch break at 11:13 a.m. and ordered that they be back at 1:30 p.m.

 Defense made a motion for Judgment of Acquittal.  Government argued against the motion.
Court DENIED the motion.

 Court recessed at 11:15 a.m. for lunch and reconvened at 1:35 p.m.

 Case for Defendant began at 1:35 p.m.

 Defense called witness:

 Jean Shi was sworn as interpreter/translator of the Mandarin language.

HAN QIN LIU.  (Employee of Far Ocean Corporation). DX.  CX by Government. Witness was excused.

 Defense called witness:

 XIAO DONG ZHANG. (Employee of Far Ocean Corporation). DX.  CX by Government. Witness was excused.

 Defense called witness:

 YANG RUIDON.  (Unemployed). DX.  Defense moved to admit Ex. J 1-15 (photos) into evidence; no objection, Court so ordered. Defense moved to admit Ex. L (sketch) into evidence; no objection, Court so ordered.

 Defense rested at 3:15 p.m.  Government waived rebuttal.

 Court excused the jurors for the evening at 3:15 p.m. and ordered them to return tomorrow morning at 9:30 a.m.


       Adjourned at 3:20 p.m.
;    [KLL EOD 12/08/2004]