FILED
Clerk
District Court

FEB - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIAN KUN ZHU,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 03-00018-001<br><br>NOTICE OF RELEASE OF EXHIBITS |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

F. Matthew Smith
P.O. Box 501127
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

　　　Dated this __6th__ day of __February__, 2007

　　　　　　　　　　　　　　　　　　GALO L. PEREZ, Clerk of Court

　　　　　　　　　　　　　　　　　　By: __Ignacio C. Benavente__
　　　　　　　　　　　　　　　　　　Chief Deputy Clerk
　　　　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　　　　Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| United States of America -vs- Zhu, Lian Kun | | District Court of the Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Patrick Smith, AUSA | **Defendant's Attorneys**<br>F. Matthew Smith | **Docket Number:** CR-03-00018<br>**Trial Date(s):** December 6 - 9, 2004 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/06/04 | | | RAY RENGUUL |
| 1 | | 12/06/04 | 12/06/04 | 12/07/04 | .34 grams of ice |
| 1B | | 12/06/04 | 12/06/04 | 12/06/04 | Photo of DEA Ex. 1 |
| 2B | | 12/06/04 | 12/06/04 | 12/06/04 | Photo of DEA Ex. #2 |
| 2 | | 12/06/04 | 12/06/04 | 12/07/04 | 2.5 grams of ice |
| 3B | | 12/06/04 | 12/06/04 | 12/06/04 | Photo of DEA Ex. #3 |
| 3 | | 12/06/04 | 12/06/04 | 12/07/04 | 9.7 grams of ice |
| W2 | | 12/06/04 | | | DEBORAH MUUSERS |
| W3 | | 12/06/04 | | | PAUL OGUMORO |
| 6 | | 12/06/04 | 12/06/04 | 12/06/04 | Video - Surveillance 8/28/03 |
| W4 | | 12/06/04 | | | DIWAIN STEPHEN |
| 22 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/28/03 Surveillance Photo |
| 23 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/28/03 Surveillance Photo |
| 24 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/28/03 Surveillance Photo |
| 25 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/28/03 Surveillance Photo |
| 13 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 14 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 15 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 16 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 17 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 18 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 19 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 20 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| 21 | | 12/06/04 | 12/06/04 | 12/06/04 | 8/29/03 Surveillance Photo |
| W5 | | 12/07/04 | | | CATHERINE CHANG-SANDERS |
| 4T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |
| 5T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |
| 7T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |
| 9T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |
| 10T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation |
| W6 | | 12/07/04 | | | CLAY PHELAN (via video) |
| 1A | | 12/07/04 | 12/07/04 | 12/07/04 | Lab report for Ex. 1 |
| 2A | | 12/07/04 | 12/07/04 | 12/07/04 | Lab report for Ex. 2 |
| 3A | | 12/07/04 | 12/07/04 | 12/07/04 | Lab report for Ex. 3 |
| W7 | | 12/07/04 | | | JIANG LI XIA |
| 4 | | 12/07/04 | 12/07/04 | 12/07/04 | Recording of phone call of 8/28/03 |
| 4T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of Ex. 4 |
| 5 | | 12/07/04 | 12/07/04 | 12/07/04 | Recording of phone call of 8/28/03 |
| 5T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of Ex. 5 |
| 7 | | 12/07/04 | 12/07/04 | 12/07/04 | Recording of phone call of 8/29/03 |
| 7T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of Ex. 7 |
| 9 | | 12/07/04 | 12/07/04 | 12/07/04 | Recording of phone call of 9/23/03 |
| 9T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of Ex. 9 |
| 10 | | 12/07/04 | 12/07/04 | 12/07/04 | Recording of phone call of 9/24/03 |
| 10T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of Ex. 10 |
| 12 | | 12/07/04 | 12/07/04 | 12/07/04 | Video of 9/24/03 |
| 12T | | 12/07/04 | 12/07/04 | 12/07/04 | Translation of audio on video |
| | M | 12/08/04 | 12/08/04 | 12/08/04 | Redacted version of Transcription of DEA Tape No. N-7 |
| 3503A | | 12/08/04 | 12/08/04 | 12/08/04 | Agreement between Jiang Li Xia and Government |
| W8 | | 12/08/04 | | | DANNY PUNIMATA |
| | W1 | 12/08/04 | | | HAN QIN LIU |
| | W2 | 12/08/04 | | | XIAO DONG ZHANG |
| | W3 | 12/08/04 | | | YANG RUIDON |
| | J1 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J2 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J3 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J4 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J5 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J6 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J7 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J8 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J9 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J10 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J11 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J12 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J13 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J14 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | J15 | 12/08/04 | 12/08/04 | 12/08/04 | Photos of Club China |
| | L | 12/08/04 | 12/08/04 | 12/08/04 | Drawing of Club China by witness Yang Riudon |