ZHU, LIAN KUN
00430-005 /2AL
FCC Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS
      39194-5000

FILED
Clerk
District Court

FEB 23 2007

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

2/12/07

RECEIVED

FEB 2[ ] 2007

Clerk
District Court
The Northern Mariana Islands

RE: CASE NUMBER: 03-00018-1

DEAR Judge Munson,

I am writing you to ask for appointment of counsel to Petition for a Writ of Certiorari to the United States Supreme Court. The U.S. Court of Appeals for the Ninth Circuit denied my Petition for a Rehearing, Filed 11-22-06, "Ninth Circuit Case No: 05-10208."

I would also ask this Honorable Court that if your Honor were to grant my request for appointment of counsel, that he would also be appointed for post-conviction remedy 28 USC 2255.

Thank you for your time and consideration to this matter.

Sincerely,

ZHU, LIAN KUN