United States District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

Tel: (670) 236-2900
Fax: (670) 236-2911

February 27, 2007

ZHU, Lian Kun
00430-005/2AL
FCC Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS  39194-5000

F I L E D
Clerk
District Court

FEB 2 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

      Re:   USA v. Zhu, NMI Crim. No. 03-00018-01
              Ninth Circuit No. 05-10208

Sir:

      The court has received your letter of February 12, 2007, asking for appointment of counsel to pursue a writ of certiorari to the United States Supreme Court and also to pursue an action under 28 U.S.C. § 2255.

      You are currently represented by court-appointed counsel, Mr. F. Matthew Smith.  Pursuant to Ninth Circuit, Circuit Rule 4-1(e), Mr. Smith remains your post-appeal counsel unless or until he withdraws from such representation.  Accordingly, you should contact Mr. Smith.

      Sincerely,

      Randy K.R. Schmidt
      Law Clerk

cc:   F. Matthew Smith
      Office of the U.S. Attorney