LAW OFFICE OF
# F. MATTHEW SMITH, LLC
2ND FLOOR, UIU BUILDING, CHALAN MONSIGNOR GUERRERO
SAN JOSE VILLAGE

670-234-7455, PHONE                              ATTORNEY.MATT.SMITH@GMAIL.COM
670-234-7256, FAX                                P.O. BOX 501127, SAIPAN, MP 96950

---

September 11, 2007

**FILED**
Clerk
District Court

SEP 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**RECEIVED**

SEP 11 2007

Clerk
District Court
The Northern Mariana Islands

Honorable Alex R. Munson
Chief Judge
District Court of the Northern
  Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

Re:   ***USA vs. Zhu, Lian Kun***
      **Ninth Circuit Court of Appeals No. 05-10208, Criminal Case No. 03-00018**

Dear Judge Munson:

Recently I received the following letter from my former court-appointed client, Mr. Zhu, Lian Kun.

I have not acted as counsel for Mr. Zhu since the Ninth Circuit denied our petition for a rehearing on November 22, 2006.

It now appears that Mr. Zhu wishes to file a 2255 motion. This letter is forwarded to this Court for its attention and the appointment of counsel for Mr. Zhu to handle a 2255 motion should it be appropriate under the rules.

Very truly yours,

[signature]

F. MATTHEW SMITH
Attorney at Law

Enclosure:   Letter from Mr. Zhu dated August 13, 2007

cc:   Mr. Zhu, Lian Kun
      Timothy E. Moran, AUSA

Dear Mr. Smith,

I am Zhu Lian Kun. After a few months thinking, I think the appeal Court's ruling on my case is unfair. I decide to appeal to (2255) Court. Please help me again.

Zhu Lian Kun

8-13-2007

尊敬的 Mr Smith.

　　我是朱连坤. 经过几个月深思. 我认为上诉法庭对我的案件宣判不公正. 我决定上诉到(2255)法庭请你再次帮助。

8/13/2007.　朱连坤 ZHULIANKUN