**United States District Court**
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

Tel: (670) 236-2900
Fax: (670) 236-2911

September 11, 2007

Via Facsimile Only to 234-7526

F. Matthew Smith
Attorney at Law
P.O. Box 501127
Saipan, MP 96950

FILED
Clerk
District Court

SEP 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

    Re:    Your Former Client, ZHU, Lian Kun

Dear Mr. Smith:

    Judge Munson has asked me to respond to your letter of earlier today, to which was attached a copy of Mr. Zhu's letter to you.

    You may wish to apprise your former client of 28 U.S.C. § 2255, regarding appointment of counsel. Such appointment is permissive, not mandatory. At present, the court has nothing before it to rule upon, nor any indication upon what ground under § 2255 your former client believes he is entitled to relief. Further, it is unclear from his letter if he seeks a writ of certiorari from the U.S. Supreme Court due to his dissatisfaction with the decision of the Ninth Circuit, or if he truly seeks 28 U.S.C. § 2255 relief in this court.

    Although you are no longer his counsel, would you please inform Mr. Zhu that he is not entitled to appointment of counsel and would need to file a petition conforming to the requirements of 28 U.S.C. § 2255 before the court would consider any aspect of the matter. Such petitions may be filed without the aid of counsel.

Sincerely,

*Randy Schmidt*

Randy K.R. Schmidt

cc:    Office of the U.S. Attorney - Saipan