**RECEIVED**
NOV 1 9 2007
Clerk
District Court
The Northern Mariana Islands

The Honorable Judge:

I am Zhu Lian Kun with case number 03-00018-001.

I believe there are lots of doubtful points in my case, and I ask your Honorable Judge
To appoint attorney and translator to explain to the 2255 Court ( since I have no income
Sources and don't understand English)

Thank You!

FILED
Clerk
District Court

NOV 1 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Zhu Lian Kun (with signature)

October 23, 2007

尊敬的法官先生：

本人朱连坤 我的案件号码 03-00018-001

我以为本人案件中有很多疑点.请法官委派律师和翻译到 2255 法庭解释.

（因本人无经济来源和不懂英文）  谢乙.

10-23-07.  朱连坤

# United States District Court
### for the
### Northern Mariana Islands
### P.O. Box 500687
### Saipan, MP 96950

Alex R. Munson  
Judge

Tel: (670) 236-2900  
Fax: (670) 236-2911

February 27, 2007

ZHU, Lian Kun  
00430-005/2AL  
FCC Yazoo City (Low)  
P.O. Box 5000  
Yazoo City, MS 39194-5000

      Re:    USA v. Zhu, NMI Crim. No. 03-00018-01  
               Ninth Circuit No. 05-10208

Sir:

      The court has received your letter of February 12, 2007, asking for appointment of counsel to pursue a writ of certiorari to the United States Supreme Court and also to pursue an action under 28 U.S.C. § 2255.

      You are currently represented by court-appointed counsel, Mr. F. Matthew Smith. Pursuant to Ninth Circuit, Circuit Rule 4-1(e), Mr. Smith remains your post-appeal counsel unless or until he withdraws from such representation. Accordingly, you should contact Mr. Smith.

                                   Sincerely,

                                   Randy K.R. Schmidt  
                                   Law Clerk

cc:   F. Matthew Smith  
      Office of the U.S. Attorney