United States District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

Tel: (670) 236-2900
Fax: (670) 236-2911

November 20, 2007

**F I L E D**
Clerk
District Court

NOV 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ZHU, Lian Kun
00430-005/B-3
5551 Cornell Drive
Philipsburg, PA  16866

Re:    USA v. Zhu, NMI Crim. No. 03-00018-01
        Ninth Circuit No. 05-10208

Sir:

The court has received your letter postmarked October 24, 2007, and sent by you to Mr. Norman Sing for translation. Mr. Sing translated your letter and brought it to the court yesterday.

As the court told you in its earlier letter to you from February of this year (a copy of which is enclosed), you are currently represented by court-appointed counsel, Mr. F. Matthew Smith. Pursuant to Ninth Circuit, Circuit Rule 4-1(e), Mr. Smith remains your post-appeal counsel unless or until he withdraws from such representation. Accordingly, you should contact Mr. Smith for any legal assistance you seek.

Sincerely,

Randy K.R. Schmidt
Law Clerk

cc:    F. Matthew Smith
        Office of the U.S. Attorney
        Mr. Norman Sing, P.O. Box 502592, Saipan, MP 96950

United States District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

Tel: (670) 236-2900
Fax: (670) 236-2911

February 27, 2007

ZHU, Lian Kun
00430-005/2AL
FCC Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS 39194-5000

   Re: USA v. Zhu, NMI Crim. No. 03-00018-01
     Ninth Circuit No. 05-10208

Sir:

   The court has received your letter of February 12, 2007, asking for appointment of counsel to pursue a writ of certiorari to the United States Supreme Court and also to pursue an action under 28 U.S.C. § 2255.

   You are currently represented by court-appointed counsel, Mr. F. Matthew Smith. Pursuant to Ninth Circuit, Circuit Rule 4-1(e), Mr. Smith remains your post-appeal counsel unless or until he withdraws from such representation. Accordingly, you should contact Mr. Smith.

       Sincerely,

       Randy K.R. Schmidt
       Law Clerk

cc: F. Matthew Smith
  Office of the U.S. Attorney