November 12, 2007

Honorable Alex R. Munson
Chief Judge
District Court of the Northern
Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

FILED
Clerk
District Court

NOV 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re: USA vs. Zhu. Lian Kun
    Ninth Circuit Court of Appeals No. 05-10208, Criminal
    Case No. 03-00018

Dear Judge Munson,

   Refer to the Sept. 11, 2007 letter, I know that such petition of 28 U.S.C. §2255 could be filed by myself. Due to my language barrier and lack of legal knowledge, could your Honor takes a special consideration to appoint an attorney for me. Mr. Matthew Smith would be the best choice since he knew my case! Thank you for your consideration and your thoughfulness in this matter!

Best regards,

Zhu Lian Kun