United States District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Alex R. Munson
Judge

**COPY**

Tel: (670) 236-2900
Fax: (670) 236-2911

November 23, 2007

ZHU, Lian Kun
00430-005/B-3
5551 Cornell Drive
Philipsburg, PA  16866

F. Matthew Smith
Attorney at Law
P.O. Box 501127
Saipan, MP  96950

F I L E D
Clerk
District Court

NOV 2 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re:   USA v. Zhu, NMI Crim. No. 03-00018-01
      Ninth Circuit No. 05-10208

Dear Mr. Zhu and Mr. Smith:

   The court has received Mr. Zhu's third letter, this one in English, postmarked November 13, 2007, and sent directly to Judge Munson. Like the two before it, this letter does not state any grounds for possible 28 U.S.C. § 2255 relief; however, it is clear that Mr. Zhu wishes to pursue such relief, even though he has failed to follow the court's directions to contact Mr. Smith.

   However, in the interests of preserving any claim for relief that Mr. Zhu might have under 28 U.S.C. § 2255, the court will appoint Mr. Smith as attorney to pursue such a petition. A separate letter of appointment will issue from the Clerk's Office.

                                      Sincerely,

                                      Randy K.R. Schmidt
                                      Law Clerk

cc:   Office of the U.S. Attorney