FILED
Clerk
District Court

JAN 18 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00018 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| LIAN KUN ZHU, | ) | |
| Defendant. | ) | |

Based on the information contained in the January 18, 2008 letter from F. Matthew Smith, court-appointed counsel for defendant, requesting for a reappointment of counsel, the Court grants the request and orders the Clerk to appoint new counsel for defendant.

Mr. Timothy H. Bellas is hereby appointed as counsel to represent the defendant in the matter now before the court.

SO ORDERED this 18th day of January, 2008.

_____
ALEX R. MUNSON, Chief Judge