FILED
Clerk
District Court

FEB 26 2008

For The Northern Mariana Islands
By_______________
(Deputy Clerk)

RECEIVED

FEB 26 2008

Clerk
District Court
The Northern Mariana Islands

Translated by Jean Shi

Dear Judge,

My name is Zhu, Lian Kun and my case number is CR-03-00018 USA. I am so sorry to bother you again.
With regard to the court appoited the attorney, Mr. Smith, I do not understand many things that make me fall in question. I make some explanations to you:

1. At that time I requested to appeal for 28 USC. 2255. motion through the attorney, and the attorney submitted my request to the court. My attorney wanted to withdraw after the court approved. That made me not understand? I requested to explain to the judge through the attorney because there were many queries during the court trial of my case, but the attorney did not report to the judge. For instance, there were two gentalmen at the court auditoria saw that the prosecutor, who was sitting on the seat to show the finger signal secretly to his witness when my lawyer was questioning the government's witness during the trial. The two witnesses explained to me and the interpretor during the court recess. I notified this to the attorney through the interpretor, and the two witnesses were willing to testify for me. The question here was that the attorney did not report to the judge, but he went to the prosecutor's office instead. It is the judge and the jury to make the desicion for the trial, but it is not the prosecutor. So why did the attorney do like that?

2. The court changed my private attorney, and it is questionable for the document that the prosecutor provided.?

3. It is questionable that what the prosecutor provided the video cassette was being cut and editted for 12 minutes.

4. What the government witness testified and the action of the video tape were opposite.

5. The bar could contain 100 people. It was unfair for me that the two prosecutors searched only 5 minutes because it highly might hide the drugs in the bar.

The above is my simple report. Hope that the court can assign me another attorney!

Thank you.

Zhu, Lian Kun
2/10/08

RECEIVED
FEB 21 2008
Clerk
District Court
The Northern Mariana Islands

尊敬的法官：

我是朱连坤，我的案件号 CR-03-00018. USA v ZHU, LianKun. 很抱歉再次打搅您宝贵的时间.

有关于法庭给我指派的律师 Smith先生，我对他有很多不明白的和令我质疑的地方，我向您解释一下：

一、当出我通过律师向法庭申请我要上诉 28 USC. 2255. motion. 而且律师也向法庭递交了申请. 但法庭批准了以后. 我的律师又要退出，令我很不明白？因为在我的案件开庭审理时有很多令人质疑的地方. 我通过律师要求向法官说明. 但律师都没有向法官汇报. 如当时在开庭审理时. 律师在询问检方的证人时，观众席有两位先生看见检控官在他的座位上暗中给他的证人做手示，事后在法庭休庭时间. 这两位目击向我及翻译说明. 我通过翻译通知了律师. 而且这两位目击证人也愿意为我出庭指证. 但令人质疑的是. 律师并没有向法官汇报. 而是上楼去了检控官的办公室. 因为开庭审理案件是由法官和陪审团做仲裁. 而不是由检控官. 那么律师为什么那么做？

二、法庭换掉我的私人律师. 检方出示的材料令人质疑？

三、检方出示的证物录像带被剪辑 12分钟 令人质疑？

四、检方的证人. 说的证词和录像带上的动做是相仿的。

五、能容下100人的酒吧. 检方用二名人员只收查 5分钟. 对我是不公平的. 因为酒吧里面很可能藏有毒品。

以上是我的简单汇报. 希望法庭再次派律师给我！

谢谢.

朱连坤
02-10-08